UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
        PETITIONER

V.                           A.C. NO. _____

LUIS SPENCER,
        RESPONDENT

MOTION TO PROCEED IN FORMA PAUPERIS

    Comes now the Petitioner, Julio Guerrero, pro se, in the interests of justice, and hereby moves this Honorable Court for leave to proceed in forma pauperis in the matter of his habeas application, and in further assessment of his "Motion for the Appointment of Counsel."

    In support hereof, Petitioner attaches and incorporates the "Affidavit of Petitioner" and "Application to Proceed Without Prepayment of Fees and Affidavit."

    Wherefore, Petitioner prays that this Honorable Court grant and allow the instant motion.

Dated: 8/6/04

Respectfully submitted,

*Julio Guerrero*

Julio Guerrero, pro se
Post Office Box 43
Norfolk, MA    02056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
            PETITIONER

V.                                          A.C. NO. _____

LUIS SPENCER,
            RESPONDENT

AFFIDAVIT OF PETITIONER

I, Julio Guerrero, do hereby attest that the following is true and factual to the best of my knowledge and belief:

1. I am the pro se and indigent Petitioner in the above-captioned matter;

2. That, I do not possess fluent understanding of the English language;

3. That, I do not possess any understanding whatever of the rules of legal procedure;

4. That, the herewith accompanying "Petition for Writ of Habeas Corpus," with "Memorandum of Law in Support..." of same, were prepared solely by and through the effort of a certificated paralegal confined at the Massachusetts Correctional Institution at Norfolk; and

5. That, I am unable to proceed further in an effective manner in the prosecution of the instant habeas application.

Respectfully submitted,

Dated: 8/6/04                              /s/ Julio Guerrero

                                           Julio Guerrero, pro se
                                           Post Office Box 43
                                           Norfolk, MA      02056

# United States District Court

DISTRICT OF __Massachusetts__

Julio Guerrero
Plaintiff

V.

Luis Spencer
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Julio Guerrero__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __M.C.I. Norfolk__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   [X] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __$21.00 AVE. PER WK. ($10.50 to savings) M.C.I. Norfolk Industries__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends   [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
   d. Disability or workers compensation payments   [ ] Yes   [X] No
   e. Gifts or inheritances   [ ] Yes   [X] No
   f. Any other sources   [ ] Yes   [X] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes" state the total amount.  $1768.31

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8/6/04
DATE

Julio Guerrero
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20040601 09:22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit#: | W67193 | | | | MCI NORFOLK | | | Page: | 1 |
| Name: | GUERRERO, JULIO,, | | | | Statement From | 20040101 | | | |
| Inst: | MCI NORFOLK | | | | To | 20040601 | | | |
| Block: | 7-2 | | | | | | | | |
| Cell/Bed: | 213 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $1,208.49 | $1,106.64 | $1,583.03 | $125.99 |
| 20040107 14:49 | IC - Transfer from Inmate to Club A/c | 2202947 | | NOR | -NUESTRA FAMILIA - Z99--NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040107 23:04 | PY - Payroll | 2208010 | | NOR | ~20031221 To 20031227 | $11.00 | $0.00 | $0.00 | $0.00 |
| 20040107 23:04 | PY - Payroll | 2208011 | | NOR | ~20031221 To 20031227 | $0.00 | $0.00 | $11.00 | $0.00 |
| 20040108 22:30 | CN - Canteen | 2216252 | | NOR | ~Canteen Date : 20040108 | $0.00 | $29.04 | $0.00 | $0.00 |
| 20040112 14:38 | ML - Mail | 2223696 | | NOR | -VERY L. RIVERA | $250.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230023 | | NOR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230024 | | NOR | | $0.00 | $0.00 | $1.91 | $0.00 |
| 20040114 23:03 | PY - Payroll | 2252657 | | NOR | ~20031228 To 20040103 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040114 23:03 | PY - Payroll | 2252658 | | NOR | ~20031228 To 20040103 | $0.00 | $0.00 | $12.00 | $0.00 |
| 20040120 13:20 | EX - External Disbursement | 2271157 | 54616 | NOR | -IVELIS SANTANA | $0.00 | $40.00 | $0.00 | $0.00 |
| 20040121 23:06 | PY - Payroll | 2279818 | | NOR | ~20040104 To 20040110 | $15.13 | $0.00 | $0.00 | $0.00 |
| 20040121 23:06 | PY - Payroll | 2279819 | | NOR | ~20040104 To 20040110 | $0.00 | $0.00 | $15.12 | $0.00 |
| 20040122 22:30 | CN - Canteen | 2287911 | | NOR | ~Canteen Date : 20040122 | $0.00 | $37.04 | $0.00 | $0.00 |
| 20040126 11:52 | IC - Transfer from Inmate to Club A/c | 2295290 | | NOR | -PHOTO - Z13--PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040128 23:04 | PY - Payroll | 2308992 | | NOR | ~20040111 To 20040117 | $11.00 | $0.00 | $0.00 | $0.00 |
| 20040128 23:04 | PY - Payroll | 2308993 | | NOR | ~20040111 To 20040117 | $0.00 | $0.00 | $11.00 | $0.00 |
| 20040204 23:04 | PY - Payroll | 2336874 | | NOR | ~20040118 To 20040124 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:04 | PY - Payroll | 2336875 | | NOR | ~20040118 To 20040124 | $0.00 | $0.00 | $12.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359633 | | NOR | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359634 | | NOR | | $0.00 | $0.00 | $1.94 | $0.00 |
| 20040211 23:05 | PY - Payroll | 2381954 | | NOR | ~20040125 To 20040131 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20040211 23:05 | PY - Payroll | 2381955 | | NOR | ~20040125 To 20040131 | $0.00 | $0.00 | $13.50 | $0.00 |
| 20040212 22:30 | CN - Canteen | 2390462 | | NOR | ~Canteen Date : 20040212 | $0.00 | $28.02 | $0.00 | $0.00 |
| 20040217 13:23 | ML - Mail | 2398912 | | NOR | -VANESSA RODRIGUEZ | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040218 13:01 | IC - Transfer from Inmate to Club A/c | 2405544 | | NOR | -SPANISH AA-NA - Z31--SPANISH AA-NA - Z31 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040218 23:04 | PY - Payroll | 2409711 | | NOR | ~20040201 To 20040207 | $10.88 | $0.00 | $0.00 | $0.00 |
| 20040218 23:04 | PY - Payroll | 2409712 | | NOR | ~20040201 To 20040207 | $0.00 | $0.00 | $10.87 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2438932 | | NOR | ~20040208 To 20040214 | $19.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2438933 | | NOR | ~20040208 To 20040214 | $0.00 | $0.00 | $19.50 | $0.00 |
| 20040302 08:26 | IC - Transfer from Inmate to Club A/c | 2457087 | | NOR | -NUESTRA FAMILIA - Z99--NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040601 09:22

Page : 3

| Commit# : | W67193 | | | MCI NORFOLK | | | |
| Name : | GUERRERO, JULIO, , | | | Statement From | 20040101 | | |
| Inst : | MCI NORFOLK | | | To | 20040601 | | |
| Block : | 7-2 | | | | | | |
| Cell/Bed : | 213 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040421 23:01 | PY - Payroll | 2702631 | | NOR | ~20040404 To 20040410 | $3.13 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2702632 | | NOR | ~20040404 To 20040410 | $0.00 | $0.00 | $3.12 | $0.00 |
| 20040422 22:30 | CN - Canteen | 2711542 | | NOR | ~Canteen Date : 20040422 | $0.00 | $23.50 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2730878 | | NOR | ~20040411 To 20040417 | $15.13 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2730879 | | NOR | ~20040411 To 20040417 | $0.00 | $0.00 | $15.12 | $0.00 |
| 20040429 22:30 | CN - Canteen | 2739207 | | NOR | ~Canteen Date : 20040429 | $0.00 | $14.19 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2759795 | | NOR | ~20040418 To 20040424 | $8.88 | $0.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2759796 | | NOR | ~20040418 To 20040424 | $0.00 | $0.00 | $8.87 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2788395 | | NOR | ~20040425 To 20040501 | $15.13 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2788396 | | NOR | ~20040425 To 20040501 | $0.00 | $0.00 | $15.12 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796032 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796033 | | NOR | | $0.00 | $0.00 | $2.18 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2832233 | | NOR | ~20040502 To 20040508 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2832234 | | NOR | ~20040502 To 20040508 | $0.00 | $0.00 | $10.50 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2841550 | | NOR | ~Canteen Date : 20040520 | $0.00 | $47.19 | $0.00 | $0.00 |
| 20040521 11:17 | IC - Transfer from Inmate to Club A/c | 2843320 | | NOR | ~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2861745 | | NOR | ~20040509 To 20040515 | $15.13 | $0.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2861746 | | NOR | ~20040509 To 20040515 | $0.00 | $0.00 | $15.12 | $0.00 |
| | | | | | | $556.52 | $637.72 | $290.62 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $20.65 | $1,747.66 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $20.65 | $1,747.66 | $0.00 | $0.00 | $0.00 | $0.00 |