UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
    Petitioner,

    v.        C.A. No. 04-11763-RGS

LUIS SPENCER,
    Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐ The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒ The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

  Petitioner has sufficient funds to pay the $5 filing fee.

☒ It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

 8/13/2004       s/ Richard G. Stearns
DATE          UNITED STATES DISTRICT JUDGE