UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
        Petitioner,

v.           C.A. No. 04-11763-RGS

LUIS SPENCER,
        Respondent.

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Petitioner's motion for appointment of counsel is DENIED without prejudice to the re-filing of such a motion after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 13th day of   August  , 2004.

        s/ Richard G. Stearns
        RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE