UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIO GUERRERO )<br>  Petitioner, )<br> )<br>v. )<br> )<br>LUIS SPENCER )<br>  Respondent. )<br> ) | Civil Action No. 04-11763-RGS |

## RESPONDENT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner Julio Guerrero. As grounds therefor, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: August 31, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on

Julio Guerrero, pro se
2 Clark Street, P.O. Box 43
Norfolk, MA 02056

by first class mail, postage prepaid, on August 31, 2004.

/s Susanne G. Reardon
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832