# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
## Case Summary
## Criminal Docket



## Commonwealth v Guerrero, Julio

Details for Docket: WOCR1996-00666

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1996-00666 | **Caption:** | Commonwealth v Guerre Julio |
| **Entry Date:** | 12/11/1996 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 12/10/2003 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 12/17/1996 | **Jury Trial:** | NO |

## Parties Involved

5 Parties Involved in Docket: WOCR1996-00666

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias defendant name |
| **Last Name:** | Arias | **First Name:** | Renaldo |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias deft name |
| **Last Name:** | Arias | **First Name:** | Renaldo |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Guerrero | **First Name:** | Julio |
| **Address:** | 338 Pawtucket Street | **Address:** | |

| | | | |
|---|---|---|---|
| **City:** | Lowell | **State:** | MA |
| **Zip Code:** | 01854 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Other interested party |
| **Last Name:** | Guerrero | **First Name:** | Julio |
| **Address:** | MCI - Norfolk | **Address:** | PO Box 43 |
| **City:** | Norfolk | **State:** | MA |
| **Zip Code:** | 02056 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

4 Attorneys Involved for Docket: WOCR1996-00666

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | WORC02 |
| **Last Name:** | Progen | **First Name:** | Donald H |
| **Address:** | 2 Main Street | **Address:** | Courthouse |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01608 | **Zip Ext:** | |
| **Telephone:** | 508-755-8601 | **Tel Ext:** | |
| **Fascimile:** | 508-831-9899 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Perlmutter | **First Name:** | Lawrence M |
| **Address:** | 15 Court Square | **Address:** | Suite 660 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |

| | | | | |
|---|---|---|---|---|
| **Telephone:** | 617-523-1545 | | **Tel Ext:** | |
| **Fascimile:** | 617-523-4652 | | **Representing:** | Guerrero, Julio (Defendant) |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | |
| **Last Name:** | Barend | | **First Name:** | David |
| **Address:** | 2 Stonewood Circle | | **Address:** | |
| **City:** | North Attleboro | | **State:** | MA |
| **Zip Code:** | 02760 | | **Zip Ext:** | |
| **Telephone:** | 508-316-1171 | | **Tel Ext:** | |
| **Fascimile:** | 508-316-1192 | | **Representing:** | Guerrero, Julio (Defendant) |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | LOND01 |
| **Last Name:** | FitzGerald | | **First Name:** | Desmond P |
| **Address:** | 59 Temple Place | | **Address:** | |
| **City:** | Boston | | **State:** | MA |
| **Zip Code:** | 02111 | | **Zip Ext:** | |
| **Telephone:** | 617-542-0033 | | **Tel Ext:** | |
| **Fascimile:** | 617-542-8410 | | **Representing:** | Guerrero, Julio (Defendant) |

## Calendar Events

12 Calendar Events for Docket: WOCR1996-00666

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 01/13/1997 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 2 | 02/05/1997 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 3 | 03/21/1997 | 09:00 | Hearing: Motion | 1 | Defendant did not appear/defa |
| 4 | 03/28/1997 | 09:00 | Bail: Review | 1 | Defendant did not appear/defa |
| 5 | 04/09/1997 | 09:00 | TRIAL: by jury | 1 | Defendant did not appear/defa |
| 6 | 08/27/1999 | 09:00 | Conference: Status Review | 1 | |
| 7 | 09/03/1999 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 8 | 09/10/1999 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 9 | 09/30/1999 | 09:00 | Conference: Status Review | 1 | |
| 10 | 10/07/1999 | 09:00 | Conference: Status Review | 1 | |
| 11 | 10/13/1999 | 09:00 | Conference: Status Review | 1 | |
| 12 | 10/14/1999 | 09:00 | Conference: Status Review | 1 | |

# Full Docket Entries

156 Docket Entries for Docket: WOCR1996-00666

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 12/11/1996 | 1 | Indictment returned |
| 12/17/1996 | | Summons for arraignment issued |
| 01/13/1997 | | Plea of not guilty |
| 01/13/1997 | | Same bail $25,000.00 cash or $250,000.00 surety (Herbert F Travers, Justice) |
| 01/13/1997 | 2 | Appearance of Deft's Atty: Perlmutter |
| 02/05/1997 | 3 | Pre-trial conference report - Approved (Travers,J.) |
| 02/19/1997 | | Bail satisfied: $25,000.00 cash BB# 3674 Surety- Rafael Benzan 510 Salsa Street Malden, Ma - 3/31/97 Bail forfeited to State Treasurer ($25,000) March '97 Revenue. |
| 03/19/1997 | 4 | Deft files Motion to Suppress Search and Seizure - Without Warrant w/ Memorandum of Law in Support and Defendant's Affidavit in Support |
| 03/19/1997 | 5 | Deft files Motion to Dismiss w/Memorandum of Law in Support |
| 03/21/1997 | | Deft defaulted; warrant issued |
| 03/21/1997 | | A BAIL FORFEITURE HEARING is scheduled for FRIDAY MARCH 28,1997, Worcester Superior Court, Room #204 at 9:00 a.m. If defendant FAILS to appear at that time and date, the $150.00 cash bail you posted will be FORFEITED to the Treasurer of the Commonwealth; (Sosman,J.) |
| 03/28/1997 | | Bail ordered forfeited (Sosman,J.) |
| 04/04/1997 | | Filed to locate pending apprehension (Golden,CM) |
| 08/16/1999 | | Habeas corpus for Deft at Middlesex County House of Correction/ Billerica |
| 08/30/1999 | | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 09/03/1999 | | Bail set: $100,000.00 cash without prejudice or $1,000,000.00 w/surety (Fecteau,J.) |
| 09/03/1999 | | Default removed; warrant recalled (Fecteau,J.) |
| 09/03/1999 | | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 09/09/1999 | 6 | Appearance of Deft's Atty: FitzGerald |
| 09/10/1999 | | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 09/29/1999 | | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 10/07/1999 | | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 10/14/1999 | | RE offense 1: Guilty plea |
| 10/14/1999 | | Sentence imposed: 10-12 years Cedar Junction forthwith not withstanding any sentence serving (Gants,J.) |
| 10/14/1999 | | Defendant warned per Chapter 278, Section 29D |
| 10/14/1999 | | Sentence credit given as per 279:33A: 25 days |

| Date | # | Entry |
|---|---|---|
| 10/14/1999 | | Victim-witness fee assessed: $60.00 |
| 10/14/1999 | | Drug fee assessed: $150.00 |
| 10/14/1999 | | RE offense 2: Guilty plea |
| 10/14/1999 | | Sentence imposed: 3-5 years to be served concurrent with 96-0666(1) |
| 10/14/1999 | | to be served forthwith (Gants,J.) |
| 10/14/1999 | | RE offense 3: Guilty plea |
| 10/14/1999 | | Sentence imposed: 1 year House of Correction to be served concurrent |
| 10/14/1999 | | with 96-0666(1) to be served forthwith (Gants,J.) |
| 11/01/1999 | | Victim-witness fee paid as assessed $60.00 |
| 11/01/1999 | | Drug fee paid as assessed $150.00 |
| 11/15/1999 | 7 | Deft files Motion for New Sentence Pursuant to Mass.R.Crim.P. 29 Copy |
| 11/15/1999 | 7 | to Judge Gants, Middlesex County |
| 11/15/1999 | 8 | Deft files Motion for New Trial Pursuant to Mass.R.Crim.P. 30 Copy to |
| 11/15/1999 | 8 | Judge Gants, Middlesex County |
| 11/15/1999 | 9 | Notice of appeal |
| 12/03/1999 | 10 | Commonwealth files Memorandum in Opposition to Defendant's Motion for |
| 12/03/1999 | 10 | New Sentence Pursuantto Mass.R.Crim P.29(B) |
| 12/03/1999 | 11 | Commonwealth files Memorandum in Opposition to Defendant's Motion for |
| 12/03/1999 | 11 | New Trial Pursuant to Mass.R.Crim.P.30 |
| 12/10/1999 | | Motion (P#7) Denied. The defendant has provided no information why he |
| 12/10/1999 | | is entitled to a new sentence since he agreed to the sentence that |
| 12/10/1999 | | was imposed and mandatory sentencing provisions are applicable |
| 12/10/1999 | | (Gants,J.) Copy to DA & Atty FitzGerald |
| 12/10/1999 | | Motion (P#8) Denied. The defendant has presented no information why |
| 12/10/1999 | | he is entitled to a new trial after having pleaded guilty following a |
| 12/10/1999 | | comprehensive colloquy. (Gants,J.) Copy to DA & Atty FitzGerald |
| 06/26/2000 | 12 | Deft files Motion for Free Transcripts |
| 08/01/2000 | | Sentence Appeal assembled & mailed to Appellate Division |
| 08/02/2000 | | Motion (P#12) Allowed (Gants,J.) Copy to DA & defendant |
| 08/24/2000 | | Court Reporter Pat Miller O'Brien is hereby notified to prepare one |
| 08/24/2000 | | copy of the transcript of the evidence of 10/14/1999. |
| 08/30/2000 | 13 | Deft files Motion for a New Trial (Ineffective Assistance of Counsel) |
| 08/30/2000 | 13 | Copy to Judge Gants,Middlesex County, Cambridge) |
| 08/30/2000 | 14 | Deft files Motion for Declaration of Indigency w/Affidavit of |
| 08/30/2000 | 14 | Indigency (Copy to Judge Gants, Middlesex County, Cambridge) |
| 08/30/2000 | 15 | Deft files Motion for Assignment to Committee for Public Counsel |
| 08/30/2000 | 15 | Services (CPCS) Screening Panel (Copy to Judge Gants, Middlesex |
| 08/30/2000 | 15 | County, Cambridge) |
| 08/30/2000 | 16 | Deft files Memorandum of Law in Support of Motion to Withdraw Guilty |
| 08/30/2000 | 16 | Plea and for a New Trial w/exhibits (Copy to Judge Gants, Middlesex |
| 08/30/2000 | 16 | County, Cambridge) |

| Date | P# | Entry |
|---|---|---|
| 08/30/2000 | 17 | Deft files Motion for Evidentiary Hearing on Defendant's Motion for a New Trial (Copy to Judge Gants, Middlesex County, Cambridge) |
| 08/30/2000 | 18 | Deft files Petition for Writ of Habeas Corpus Ad Testificandum (Copy to Judge Gants, Middlesex County, Cambridge) |
| 01/10/2001 | | SECOND COPY of P#'s 13 thru 18 mailed to Judge Gants Plymouth County, Brockton |
| 01/17/2001 | 19 | Order on Defendant's Motion for New Trial (Gants,J.) See Order for Judge's endorsement |
| 01/17/2001 | | Motion (P#14) Allowed (Gants,J.) Copy to DA & Defendant |
| 01/17/2001 | | Motion (P#15) Allowed (Gants,J.) Copy to DA & Defendant |
| 01/23/2001 | | Court Reporter Pat A. Miller O'Brien is hereby notified to prepare one copy of the transcript of the evidence of October 14,1999 SECOND NOTICE. |
| 01/24/2001 | | Copy of trancript mailed to defendant per Allowed Motion P#12 |
| 01/24/2001 | | Transcript of testimony received from Patricia A. O'Brien " Change of Plea" October 14,1999 |
| 01/26/2001 | | Committee for Public Counsel Services appointed |
| 02/16/2001 | 20 | Commonwealth files Memorandum in Opposition to Defendant's Motion for New Trial w/Affidavit |
| 02/16/2001 | | Judge Ralph D. Gants retains jurisdiction |
| 03/30/2001 | | Appointment of Counsel David Barend to Review Motion to Withdraw Guilty Plea |
| 04/09/2001 | | Copy of Change of Plea Transcript, Motion P#20 & Docket mailed to Judge Gants. |
| 04/23/2001 | 21 | ORDER on Defendant's Motion for a New Trial - Denied without a hearing (Gants,J.) Copy to DA & Defendant |
| 04/23/2001 | | Motion (P#14) DENIED as moot in view of the denial of the Motion for New Trial (Gants,J.) Copy to DA & Defendant |
| 04/23/2001 | | Motion (P#15) DENIED as moot in view of the denial of the Motion for New Trial (Gants,J. Copy to DA & Defendant |
| 04/23/2001 | | Motion (P#17) DENIED (Gants,J.) Copy to DA & Defendant |
| 04/23/2001 | | Motion (P#18) DENIED in view of the denial of the Motion for New Trial without a hearing (Gants,J.) Copy to DA & defendant |
| 06/13/2002 | 22 | Motion by Deft: Motion for New Trial w/Memorandum in Support (Copy to Judge Gants, Middlesex County) |
| 06/21/2002 | 23 | ORDERED: Re: P#22 (DENIED) on Defendant's Motion for a New Trial (See Order) (Copies sent to DA and Atty Barend) |
| 07/02/2002 | 24 | NOTICE of APPEAL (denial of Motion for New Trial) FILED by defendant |
| 09/03/2002 | 24 | Motion by Deft: for Reconsideration of Motion for New Trial with Memorandum and Affidavit in Support of |
| 09/05/2002 | 25 | Motion by Commonwealth: Memorandum in Opposition to Defendant's |

| Date | # | Entry |
|---|---|---|
| 09/05/2002 | 25 | Second Motion for New Trial and Motion to Reconsider ( copy sent to Judge Gants in Middlesex) |
| 09/10/2002 | | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 09/10/2002 | 26 | ORDERED: (Re: P#24.5) on Defendant's Motion for Reconsideration DENIED (See Order) (Gants, Justice) (Copies sent to DA and Attorney Barend) |
| 09/20/2002 | 27 | Notice of Entry of appeal received from the Appeals Court No. 2002-P-1254 dated 09-16-02 |
| 09/20/2002 | 28 | NOTICE of MOTION APPEAL FILED by Julio Guerrero (P#24.5) |
| 10/01/2002 | | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 10/09/2002 | | Notice of Entry in Appeals Court on October 7, 2002, received |
| 10/30/2002 | 29 | Notice of Entry of appeal received from the Appeals Court (See Letter) Motion is allowed and 02-P-1338 is consolidated with 02-P-1254 |
| 01/29/2003 | | A copy of the transcript of 10/14/99 (change of plea hearing) mailed to Appeals Court |
| 12/10/2003 | 30 | Rescript received from Appeals Court; judgment AFFIRMED The orders denying the defendant's third motion to withdraw his guilty pleas and denying his motion for reconsideration of that order are affirmed. By the Court, Perretta, Brown & Laurence, JJ) Entered: September 24, 2003 |
| 02/09/2004 | 31 | General correspondence regarding his sentence appeal (I contacted the Appellate Division on 02-19-04 / Disregard any notice from the Appellate Division sent on 02-18-04 - Your sentence appeal will be heard in the May 2004 sitting) |
| 03/08/2004 | 32 | Motion by Deft: to return forfeited bail with affidavit in support of |
| 03/08/2004 | 33 | Deft files a request for a hearing |
| 03/08/2004 | 34 | Motion by Deft: for a writ of Habeas Corpus |
| 03/08/2004 | | P#'s 32, 33 & 34 sent to Judge Gants in Middlesex |
| 03/16/2004 | 35 | ORDERED: on defendant's motion to return forfeited bail (DENIED) (See Order) (Gants, Justice) (copy sent to deft) |
| 06/02/2004 | 36 | General correspondence regarding the general operation of the Appeal Court |
| 07/14/2004 | 37 | ORDERED: That the judgement imposing said sentence stand and that said appeal be and is hereby dismissed (Received from the Appellate Division date 5/11/04 |
| 07/14/2004 | 38 | General correspondence regarding appeals court docket sheet (sent deft a copy his docket sheet and the order from the appeal court regarding his appeal |

## Charges

3 Charges for Docket: WOCR1996-00666

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Traffic in controlled substance, 200+g | WODA96-00666 | Guilty plea |
| 2 | Falsify/steal permit/license/registration/inspection | WODA96-00666 | Guilty plea |
| 3 | Controlled substnc, possess heroin | WODA96-00666 | Guilty plea |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.