UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
                  PETITIONER

        V.                                    C.A. NO. 04-11763-RGS

LUIS SPENCER,
                  RESPONDENT


PETITIONER'S REPLY TO THE
RESPONDENT'S MOTION TO DISMISS

Comes now the Petitioner, Julio Guerrero, pro se, and hereby files

for this Honorable Court's attention and consideration the "Petitioner's

Reply to the Respondent's Motion to Dismiss."

As noted within the "Memorandum of Law in Support of Petition for

Writ of Habeas Corpus," at 6, Guerrero's long-pending sentence appeal

pursuant to G.L.c. 278, §§ 28A-28D and Mass.Sup.Ct.R. 64 (see Docket

Entry Sheets accompanying Respondent's motion at p. 5 of 8, "08/01/2000

Sentence appeal assembled & mailed to Appellate Division"; hereafter

"D.E. at (date & entry)") was not finally decided until May 12, 2004

(see Attachment 1 & 2, hereto attached; and, D.E. at 7 of 8, "07/14/2004

37   ORDERED: That judgement imposing said sentence stand and that said

appeal be and is hereby dismissed..."). In view of same, Guerrero had a

"properly  filed  application  for  State  post-conviction  or  other

collateral review with respect to the pertinent judgement ... pending"

until May 12, 2004. See 28 U.S.C. § 2244(d)(2); accord Hunt v. Hall, et

al. C.A. No. 00-10846-RGS (D.Mass. March 18, 2002)(unpublished)(properly

filed State sentence appeal is a tolling event under § 2244(d)(2).

Wherefore, Petitioner prays that this Honorable Court Deny the
"Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus."

Respectfully submitted,

Dated: 9-9-04

*Julio Guerrero*

Julio Guerrero, pro se
Post Office Box 43
Norfolk, MA   02056

### Certificate of Service

I, Julio Guerrero, hereby certify that a true and factual copy of
the forgoing has been served upon the Office of the Attorney General,
Susanne G. Reardon, A.A.G., Criminal Bureau, One Ashburton Place,
Boston, MA 02108, Tel. No. (617) 727-2200 ext. 2832, by forwarding same
First Class Mail, Postage Pre-Paid, this 9 day of September, 2004.

Respectfully submitted,

*Julio Guerrero*

Julio Guerrero

- 2 -

*37*

## COMMONWEALTH OF MASSACHUSETTS

### Appellate Division of the Superior Court Department
### for the Review of Sentences to the M.C.I., Cedar Junction

Worcester, ss.
Nos. 96-00666

Commonwealth

vs.

Julio Guerrero

Present: GRABAU, GRAHAM & QUINLAN, J.J.

The appeal of the defendant for a review of sentence to the M.C.I.,

Cedar Junction, imposed October 14, 1999 on indictment number 96-00666

the Superior Court Department for the County of Worcester, having been entered

as an agreed recommendation upon a plea of guilty, and the Court reviewing this

matter on the record only, it is

ORDERED:    that the judgement imposing said sentence stand and that

said appeal be and is hereby dismissed.

By the Appellate Division
Sitting at Norfolk Superior Court
at Dedham

Assistant Clerk of the Appellate
Division of the Superior Court
Department

May 12, 2004

**FILED**

JUL 1 4 2004

ATTEST

CLERK

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CRIMINAL DOCKET#: **WOCR1996-00666**

RE:  Commonwealth v Guerrero, Julio

TO:  Julio Guerrero
     MCI - Norfolk
     PO Box 43
     Norfolk, MA 02056

## NOTICE OF DOCKET ENTRY

You are hereby notified that on 07/14/2004 the following entry was made on the above referenced docket:

General correspondence regarding appeals court docket sheet (sent deft a copy his docket sheet and the order from the appeal court regarding his appeal

Dated at Worcester, Massachusetts this 21st day of July, 2004.

Francis A. Ford,
Clerk of the Court

Assistant Clerk

Telephone: 508-770-1899 Ext. 115

Check website as to status of case: *http://ma-trialcourts.org/tcic*