UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JULIO GUERRERO

V.                                             CIVIL ACTION NO. 04-11763-RGS

LUIS SPENCER

## ORDER OF DISMISSAL

STEARNS, DJ.                                             MAY 3, 2005

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON RESPONDENT'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ENTERED ON APRIL 6, 2005,

IT IS HEREBY ORDERED: THE PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY DISMISSED AS UNTIMELY.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk