UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIO GUERRERO,
      PETITIONER

V.

                            C.A. NO. 04-CV-11762-RGS

LUIS SPENCER,
      RESPONDENT

## NOTICE OF APPEAL

Comes now the Petitioner, Julio Guerrero, pro se, and hereby Appeals to the United States Court of Appeals for the First Circuit from the Judgements, Decisions and Orders of the Honorable United States District Court dated April 6, 2005, which dismissed the hereto pertinent application for habeas relief as untimely, and April 20, 2005, which Denied the Motion to Reconsider said action of April 6, 2005.

Dated: 5-2-05

Respectfully submitted,

/s/ Julio Guerrero

Julio Guerrero, pro se
Post Office Box 43
Norfolk, MA 02056

## Certificate of Service

I, Julio Guerrero, do hereby certify that a true and factual copy of the foregoing has been served upon the Office of the Attorney General, Thomas Reilly, A.G., One Ashburton Place, Boston, MA 02108-1598, by forwarding same First Class Mail, Postage Pre-Paid, this 2 day of May, 2005.

Respectfully submitted,

/s/ Julio Guerrero

Julio Guerrero, pro se