UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11763- RGS

JULIO GUERRERO

v.

LUIS SPENCER

MEMORANDUM AND ORDER ON APPLICATION
FOR A CERTIFICATE OF APPEALABILITY

June 23, 2005

STEARNS, D.J.

The issue, as accurately stated by petitioner Julio Guerrero, is whether an appeal of a sentence to the Appellate Division of the Superior Court pursuant to G.L. c. 278, §§ 28A-28C tolls the running of the one-year limitations period of the Antiterrorism and Effective Death Penalty Act (AEDPA), 28 U.S.C. § 2244(d)(1)(A).  In a Memorandum and Order dated April 6, 2005, concluding that it did not, the court relied (primarily) on the Supreme Judicial Court's holding in Commonwealth v. Callahan, 419 Mass. 306, 308 (1995), that "the Appellate Division is not an appellate court."  See Orange v. Calbone, 318 F.3d 1167, 1170-1171 (10th Cir. 2003).

Petitioner is correct that there are district court decisions (including a decision by this court) holding to the contrary.  The earlier decision, however, relied on a Ninth Circuit case, Tillema v. Long, 253 F.3d 494 (9th Cir. 2001), which as the court stated in denying petitioner's motion to reconsider, it no longer considers persuasive law.  The court's revised view has since been confirmed by the First Circuit in Rodriguez v. Spencer, 2005 WL 1399284, at *6 (1st Cir. June 15, 2005), citing Bridges v. Johnson, 284 F.3d 1201 (11th Cir.

2002) (the case cited by this court in dismissing the underlying petition).

    As the only issue for which certification is sought has been decided adversely to the petitioner since the instant motion was filed, the Application for a Certificate of Appealability is <u>DENIED</u>.

                                      SO ORDERED.

                                      /s/ Richard G. Stearns

                                      _____
                                      UNITED STATES DISTRICT JUDGE