## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11763

Julio Guerrero

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original electronic copies and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/4/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 30, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/30/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11763-RGS

Guerrero v. Spencer  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/09/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

Julio Guerrero

represented by **Julio Guerrero**  
P.O. Box 43  
Norfolk, MA 02056  
PRO SE

V.

**Respondent**

Luis Spencer

represented by **Susanne G. Reardon**  
Attorney General's Office  
One Ashburton Place  
18th Floor  
Boston, MA 02108  
617-727-2200  
Fax: 617-727-5755  
Email: susanne.reardon@ago.state.ma.us  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Julio Guerrero. (Jenness, Susan) (Entered: 08/12/2004) |
| 08/09/2004 | 2 | MOTION to Appoint Counsel by Julio Guerrero.(Jenness, Susan) (Entered: 08/12/2004) |
| 08/09/2004 | 3 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Julio Guerrero.(Jenness, Susan) (Entered: 08/12/2004) |
| 08/09/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 08/12/2004) |
| 08/12/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 08/12/2004) |

| | | |
|---|---|---|
| 08/13/2004 | 4 | Judge Richard G. Stearns : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice. (Weissman, Linn) (Entered: 08/16/2004) |
| 08/13/2004 | 5 | Judge Richard G. Stearns : ORDER entered denying 2 Motion to Appoint Counsel without prejudice to the re-filing of such a motion after the respondent has filed a responsive pleading to the petition. (Weissman, Linn) (Entered: 08/16/2004) |
| 08/16/2004 | 6 | Judge Richard G. Stearns : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Weissman, Linn) (Entered: 08/16/2004) |
| 08/19/2004 | | Filing fee: $ 5.00, receipt number 58082 regarding Filing Fee for 28:2254 Petitioner (Jenness, Susan) (Entered: 08/20/2004) |
| 08/20/2004 | | File forwarded for labelling and then onto the session (Jenness, Susan) (Entered: 08/20/2004) |
| 08/20/2004 | | Receipt mailed to petitioner. (Jenness, Susan) (Entered: 08/20/2004) |
| 08/31/2004 | 7 | MOTION to Dismiss *habeas corpus petition as time barred* by Luis Spencer.(Reardon, Susanne) (Entered: 08/31/2004) |
| 08/31/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss *habeas corpus petition as time barred* filed by Luis Spencer. (Reardon, Susanne) Additional attachment(s) added on 9/7/2004 (Flaherty, Elaine). (Entered: 08/31/2004) |
| 09/10/2004 | 9 | RESPONSE to Motion re 7 MOTION to Dismiss *habeas corpus petition as time barred* filed by Julio Guerrero. (Flaherty, Elaine) (Entered: 09/13/2004) |
| 10/13/2004 | 10 | Judge Richard G. Stearns : ORDER entered REFERRING CASE to Magistrate Judge Marianne B. Bowler and Marianne B. Bowler Referred for: 2254 petition for writ of habeas corpus(Flaherty, Elaine) (Entered: 10/13/2004) |
| 03/09/2005 | 11 | Judge Marianne B. Bowler : Electronic ORDER entered. REPORT AND RECOMMENDATION re 7MOTION to Dismiss *habeas corpus petition as time barred* filed by Luis Spencer. Recommendation: Denied given timeliness of petition. Respondent is ordered to file an answer within 20 days, and the deadline for filing a dispositive motion or brief in opposition to petition is May 9, 2005. Objections to R&R due by 3/23/2005(Feeney, Eileen) (Entered: 03/09/2005) |
| 03/16/2005 | 12 | OBJECTION to 11 Report and Recommendations filed by Luis Spencer. (Reardon, Susanne) (Entered: 03/16/2005) |
| 03/28/2005 | 13 | Response by Julio Guerrero to 12 Objection to Report and |

| | | |
|---|---|---|
| | | Recommendations. (Flaherty, Elaine) (Entered: 03/29/2005) |
| 04/06/2005 | 14 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Respondent's Objection to the Report and Recommendation of the Magistrate Judge, ENTERED.(Flaherty, Elaine) (Entered: 04/08/2005) |
| 04/11/2005 | | Case no longer referred to Magistrate Judge Marianne B. Bowler. (Flaherty, Elaine) (Entered: 04/11/2005) |
| 04/11/2005 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 04/11/2005) |
| 04/18/2005 | 15 | MOTION for Reconsideration re 14 Memorandum & ORDER by Julio Guerrero.(Flaherty, Elaine) (Entered: 04/20/2005) |
| 04/20/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 15 Motion for Reconsideration "Denied. I am no longer persuaded that Tillema is good law." (Flaherty, Elaine) Modified on 4/27/2005 (Flaherty, Elaine). Modified on 4/27/2005 (Flaherty, Elaine). (Entered: 04/25/2005) |
| 05/03/2005 | 16 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 05/03/2005) |
| 05/04/2005 | 17 | NOTICE OF APPEAL as to 16 Order by Julio Guerrero. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/24/2005. (Flaherty, Elaine) (Entered: 05/04/2005) |
| 05/04/2005 | 18 | MOTION for Certificate of Appealability by Julio Guerrero.(Flaherty, Elaine) (Entered: 05/04/2005) |
| 06/23/2005 | 19 | Judge Richard G. Stearns : ORDER entered denying 18 Motion for Certificate of Appealability Forwarded to U.S.D.C. Appeals Clerk for tranmission to U.S. Court of Appeals. (Flaherty, Elaine) (Entered: 06/23/2005) |