UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Guerrero v. Spencer,   No. 04-11763-RGS

NOTICE OF APPEAL

The petitioner, Julio Guerrero, hereby appeals the ruling of the Court, Stearns, D.J., who, on June 23, 2005, denied the Application For the Certificate Of Appealability. F.R.App.P 3(a) requires the petitioner to notify the District Court of his intention to appeal within 30 days.

June 28, 2005                /s/ Julio Guerrero
                             Julio Guerrero
                             Box 43,
                             Norfolk, MA 02056

Certificate of Service
I, Julio Guerrero, hereby certify that I mailed a true copy of the Notice of Appeal to Susanne G. Reardon, AAG, One Ashburton Place, Boston, MA 02108 by first class mail on June 29, 2005.

                             /s/ Julio Guerrero
                             Julio Guerrero