UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 05-1992
DC No. 04-11763

JULIO GUERRERO,
Petitioner - Appellant,

v.

UNITED STATES,
Respondent - Appellee.

**ORDER OF COURT**

**Entered: August 9, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If petitioner-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8-9-5

[Cert. cc: Hon. Richard Stearns and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Guerrero and Ms. Reardon]