LB

Julio Guerrero
MCI Norfolk
P.O.Box 43
Norfolk,MA 02056
August 1,2005

Margaret Carter
United States Court of Appeals
Clerk Office Courthouse
1 Courthouse way,Suite 2500
Boston MA,02210

District Court No.<u>04-11763-RGS</u>
Appeal No.<s>05-2028</s>   05-1992

Dear Ms Carter.
   Please enclosed find a Motion for leave to Appeal in Forma Pauperis and also six Month Print out.

   Thank you for your time and attention to this matter.

                                   Sincery

                                   *Julio Guerrero*
                                   Julio Guerrero

qwe

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2005 AUG -3 A 11: 35

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 04-11763-RGS
Appeal No. 05-2029, 05-1992

Julio Guerrero
v.
Luis Spencer

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Julio Guerrero* | Date: 7/29/05 |

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| SEE ATTACHED Employment | $ 0 D.O.C. | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ /0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total Monthly income: | $ | $ | $ | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

2

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included?    ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|     Homeowner's or renter's | $ | $ |
|     Life | $ | $ |
|     Health | $ | $ |
|     Motor Vehicle | $ | $ |
|     Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
|     Motor Vehicle | $ | $ |
|     Credit card (name): _____ | $ | $ |
|     Department store (name): _____ | $ | $ |
|     Other: _____ | $ 0 | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other (specify): Cosmetics At Inmate Canteen | $ 10 | $ _____ |
| Total monthly expenses: | $ _____ | $ _____ |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No        If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☐ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

5

13. State the address of your legal residence.

_Box 43_

_Norfolk, MA 02056_

Your daytime phone number: (___) _____

Your age: _45_    Your years of schooling: _8_

LB

Julio Guerrero
MCI Norfolk
P.O.Box 43
Norfolk,MA 02056
August 1,2005

Margaret Carter
United States Court of Appeals
Clerk Office Courthouse
1 Courthouse way,Suite 2500
Boston MA,02210

District Court No.04-11763-RGS
Appeal No.05-2028

Dear Ms Carter.
   Please enclosed find a Motion for leave to Appeal in Forma Pauperis and also six Month Print out.

   Thank you for your time and attention to this matter.

                                        Sincery

                                        Julio Guerrero
                                        Julio Guerrero

qwe

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2005 AUG -3 A 11: 35

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 04-11763-RGS
Appeal No. 05-2029

Julio Guerrero
   v.
Luis Spencer

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Julio Guerrero*    Date: 7/29/05 | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

My issues on appeal are:


1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| SEE ATTACHED Employment | $ Ø D.O.C. | $ | $ | $ |
| Self-employment | $ Ø | $ | $ | $ |
| Income from real property (such as rental income) | $ Ø | $ | $ | $ |
| Interest and dividends | $ Ø | $ | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total Monthly income: | $ | $ | $ | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

2

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Ø N/A | | $ 0 | $ |
| | | $ 0 | $ |
| | | $ 0 | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | | | Make & year: | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | | | | |
| Model: N/A | | | | | |
| Registration#: N/A | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are any real estate taxes included? ☐ Yes ☐ No |  |  |
| Is property insurance included?    ☐ Yes ☐ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): _____ | $ | $ |
| Department store (name): _____ | $ | $ |
| Other: _____ | $ 0 | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): Cosmetics At Inmate Canteen | $ 10 | $ |
| Total monthly expenses: | $ | $ |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☐ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

5

13. State the address of your legal residence.

Box 43

Norfolk, MA   02056

Your daytime phone number: (___) _____

Your age: 45      Your years of schooling: 8

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20050725 09:18

| | | | | | | | Page : 2 |
|---|---|---|---|---|---|---|---|
| Commit# : | W67193 | | | MCI NORFOLK | | | |
| Name : | GUERRERO, JULIO, , | | | Statement From | 20050201 | | |
| Inst : | MCI NORFOLK | | | To | 20050725 | | |
| Block : | 7-2 | | | | | | |
| Cell/Bed : | 213 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050330 23:03 | PY - Payroll | 4365093 | | NOR | ~20050313 To 20050319 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20050330 23:03 | PY - Payroll | 4365094 | | NOR | ~20050313 To 20050319 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20050406 23:02 | PY - Payroll | 4402665 | | NOR | ~20050320 To 20050326 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:02 | PY - Payroll | 4402666 | | NOR | ~20050320 To 20050326 | $0.00 | $0.00 | $13.50 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419827 | | NOR | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4419828 | | NOR | | $0.00 | $0.00 | $7.61 | $0.00 |
| 20050413 23:02 | PY - Payroll | 4453603 | | NOR | ~20050327 To 20050402 | $11.88 | $0.00 | $0.00 | $0.00 |
| 20050413 23:02 | PY - Payroll | 4453604 | | NOR | ~20050327 To 20050402 | $0.00 | $0.00 | $11.87 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4462803 | | NOR | ~Canteen Date : 20050414 | $0.00 | $59.97 | $0.00 | $0.00 |
| 20050419 13:52 | IC - Transfer from Inmate to Club A/c | 4475119 | | NOR | ~DONATION~SPANISH AA-NA - Z31~SPANISH AA-NA - Z31 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050420 23:07 | PY - Payroll | 4484378 | | NOR | ~20050403 To 20050409 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050420 23:07 | PY - Payroll | 4484379 | | NOR | ~20050403 To 20050409 | $0.00 | $0.00 | $12.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4514886 | | NOR | ~20050410 To 20050416 | $13.50 | $0.00 | $0.00 | $0.00 |
| 20050427 23:02 | PY - Payroll | 4514887 | | NOR | ~20050410 To 20050416 | $0.00 | $0.00 | $13.50 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4525431 | | NOR | ~Canteen Date : 20050428 | $0.00 | $47.20 | $0.00 | $0.00 |
| 20050504 22:30 | CN - Canteen | 4548741 | | NOR | ~Canteen Date : 20050504 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20050504 23:03 | PY - Payroll | 4551207 | | NOR | ~20050417 To 20050423 | $15.13 | $0.00 | $0.00 | $0.00 |
| 20050504 23:03 | PY - Payroll | 4551208 | | NOR | ~20050417 To 20050423 | $0.00 | $0.00 | $15.12 | $0.00 |
| 20050505 11:21 | IC - Transfer from Inmate to Club A/c | 4559885 | | NOR | ~Letter to: ? on 04/16/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586285 | | NOR | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586286 | | NOR | | $0.00 | $0.00 | $8.14 | $0.00 |
| 20050511 23:02 | PY - Payroll | 4603551 | | NOR | ~20050424 To 20050430 | $14.13 | $0.00 | $0.00 | $0.00 |
| 20050511 23:02 | PY - Payroll | 4603552 | | NOR | ~20050424 To 20050430 | $0.00 | $0.00 | $14.12 | $0.00 |
| 20050512 22:30 | CN - Canteen | 4612164 | | NOR | ~Canteen Date : 20050512 | $0.00 | $41.48 | $0.00 | $0.00 |
| 20050513 14:14 | IC - Transfer from Inmate to Club A/c | 4618208 | | NOR | ~JULIO GUERRERO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050513 14:16 | IC - Transfer from Inmate to Club A/c | 4618215 | | NOR | ~JULIO GUERRERO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050518 23:03 | PY - Payroll | 4637952 | | NOR | ~20050501 To 20050507 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20050518 23:03 | PY - Payroll | 4637953 | | NOR | ~20050501 To 20050507 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20050525 23:05 | PY - Payroll | 4669589 | | NOR | ~20050508 To 20050514 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050525 23:05 | PY - Payroll | 4669590 | | NOR | ~20050508 To 20050514 | $0.00 | $0.00 | $14.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20050725 09:18

Page: 3

| Commit# : | W67193 | | | MCI NORFOLK | | | | |
| Name : | GUERRERO, JULIO, , | | | Statement From | 20050201 | | | |
| Inst : | MCI NORFOLK | | | To | 20050725 | | | |
| Block : | 7-2 | | | | | | | |
| Cell/Bed : | 213 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050526 22:30 | CN - Canteen | 4679842 | | NOR | ~Canteen Date : 20050526 | $0.00 | $38.32 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4699949 | | NOR | ~20050515 To 20050521 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20050601 23:02 | PY - Payroll | 4699950 | | NOR | ~20050515 To 20050521 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20050608 23:02 | PY - Payroll | 4738047 | | NOR | ~20050522 To 20050528 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20050608 23:02 | PY - Payroll | 4738048 | | NOR | ~20050522 To 20050528 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20050609 16:48 | IS - Interest | 4748189 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4748190 | | NOR | | $0.00 | $0.00 | $9.28 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788088 | | NOR | ~20050529 To 20050604 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20050615 23:02 | PY - Payroll | 4788089 | | NOR | ~20050529 To 20050604 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20050617 09:41 | EX - External Disbursement | 4800523 | 64838 | NOR | ~ARCADIA GARCIAS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050617 09:41 | MA - Maintenance and Administration | 4800525 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050621 09:55 | IC - Transfer from Inmate to Club A/c | 4809774 | | NOR | ~-31~SPANISH AA-NA - Z31~SPANISH AA-NA - Z31 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050622 23:07 | PY - Payroll | 4821131 | | NOR | ~20050605 To 20050611 | $4.75 | $0.00 | $0.00 | $0.00 |
| 20050622 23:07 | PY - Payroll | 4821132 | | NOR | ~20050605 To 20050611 | $0.00 | $0.00 | $4.75 | $0.00 |
| 20050623 11:39 | AT - Account Transfer | 4827975 | | NOR | ~FOR PHONE BILL~W67193 GUERRERO,JULIO  PERSONAL | $233.63 | $0.00 | $0.00 | $233.63 |
| 20050623 11:41 | EX - External Disbursement | 4827980 | 64933 | NOR | ~COMCAST | $0.00 | $233.63 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4830872 | | NOR | ~Canteen Date : 20050623 | $0.00 | $32.85 | $0.00 | $0.00 |
| 20050629 23:03 | PY - Payroll | 4852753 | | NOR | ~20050612 To 20050618 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20050629 23:03 | PY - Payroll | 4852754 | | NOR | ~20050612 To 20050618 | $0.00 | $0.00 | $12.50 | $0.00 |
| 20050706 23:03 | PY - Payroll | 4889354 | | NOR | ~20050619 To 20050625 | $15.63 | $0.00 | $0.00 | $0.00 |
| 20050706 23:03 | PY - Payroll | 4889355 | | NOR | ~20050619 To 20050625 | $0.00 | $0.00 | $15.62 | $0.00 |
| 20050713 16:51 | IS - Interest | 4923575 | | NOR | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4923576 | | NOR | | $0.00 | $0.00 | $9.10 | $0.00 |
| 20050713 23:06 | PY - Payroll | 4941730 | | NOR | ~20050626 To 20050702 | $6.25 | $0.00 | $0.00 | $0.00 |
| 20050713 23:06 | PY - Payroll | 4941731 | | NOR | ~20050626 To 20050702 | $0.00 | $0.00 | $6.25 | $0.00 |
| 20050720 23:07 | PY - Payroll | 4974272 | | NOR | ~20050703 To 20050709 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050720 23:07 | PY - Payroll | 4974273 | | NOR | ~20050703 To 20050709 | $0.00 | $0.00 | $14.00 | $0.00 |
| 20050721 14:35 | IC - Transfer from Inmate to Club A/c | 4981714 | | NOR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050721 14:39 | IC - Transfer from Inmate to Club A/c | 4981740 | | NOR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050721 22:30 | CN - Canteen | 4982637 | | NOR | ~Canteen Date : 20050721 | $0.00 | $31.07 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050725 09:18

| | | | | |
|---|---|---|---|---|
| Commit# : | W67193 | MCI NORFOLK | | Page : 4 |
| Name : | GUERRERO, JULIO, , | Statement From | 20050201 | |
| Inst : | MCI NORFOLK | To | 20050725 | |
| Block : | 7-2 | | | |
| Cell/Bed : | 213 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $545.02 | $699.17 | $355.85 | $233.63 |

Balance as of ending date :  Personal $17.65   Savings $2,338.56

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $17.65 | $2,338.56 | $0.00 | $0.00 | $0.00 | $0.00 |