# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 05-2028

JULIO GUERRERO,
Petitioner, Appellant,

v.

LUIS SPENCER,
Respondent, Appellee.

---

### JUDGMENT

**Entered: August 2, 2005**

By order entered July 11, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 05-1992. Appellant was warned that failure to respond by July 25, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Appellant's appeal shall proceed under No. 05-1992.

By the Court:

Richard Cushing Donovan, Clerk

By:_____
Operations Manager.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: AUG 23 2005

[cc: Mr. Guerrero and Ms. Reardon]

*Handwritten annotation: CA: 04-1176; J. Stearn; Papers retained ya 05-1992*