# United States Court of Appeals
## For the First Circuit

No. 05-1992

JULIO GUERRERO,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: January 12, 2006

    Petitioner Julio Guerrero seeks a certificate of appealability (COA) to appeal from the dismissal of his habeas petition as untimely filed. Specifically, petitioner seeks to appeal from the district court's determination that the filing of his appeal from his state sentence to the Appellate Division of the Superior Court, pursuant to Mass. Gen. Laws ch. 278, § 28B, did not amount to "a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim," for purposes of tolling the one-year limitation period for filing a federal habeas petition. 28 U.S.C. § 2244(d)(2). We conclude that reasonable jurists could not find the district court's procedural ruling to be debatable or wrong. See <u>Rodriguez</u> v. <u>Spencer</u>, 412 F.3d 29, 36 (1st Cir. 2005) (stating that an application before a state sentence review panel does not amount to an application for other collateral review of the judgment or claim, within the meaning of § 2244(d)(2)).

The request for a COA is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
     Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By /s/ Linda Bailey   Date 1-12-6

[Cert. cc: Hon. Richard Stearns and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Guerrero and Ms. Reardon]